**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LARONDA WOODS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commission of the Social Security Administration,<br><br>　　　　　　　　Defendant. | Case No. 3:21-CV-0357-CLB<br><br>**NOTICE OF INTENT TO DISMISS PURSUANT TO FED. R. CIV. P. 41(B) AND LOCAL RULE 41-1 FOR WANT OF PROSECUTION** |

Plaintiff Laronda Woods initiated this action on August 13, 2021 involving judicial review of administrative action by the Secretary of Health and Human Services, denying Plaintiff's claim for disability benefits under the Social Security Act. (ECF No. 1.) On January 31, 2022, this Court ordered Woods to file an opening brief on or before March 2, 2022. (ECF No. 17.) To date Woods has failed to do so.

If Woods fails to file an opening brief or otherwise prosecute this action on or before **October 28, 2022**, the Court will dismiss this action for want of prosecution pursuant to Fed. R. Civ. P. 41(b) and LR 41-1.

**DATED**: July 27, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**